IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>TIFFANY LYNN LAFOND,<br><br>Defendants. | **4:12CR3056**<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1)   The defendant's motion, (filing no. 26), is granted.

2)   Pretrial Services shall have the defendant screened by one of the Court's contract facilities.  Once the screening is completed, and a report has been prepared, the Pretrial Services Officer will notify the undersigned and a hearing will be scheduled to address whether the defendant may be released for treatment.

June 27, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge