IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:12CR3056 |
| vs. | |
| TIFFANY LYNN LAFOND, | DETENTION ORDER |
| Defendants. | |

DETENTION ORDER PENDING PLEA HEARING

After affording the defendant the right to a detention hearing under the Bail Reform Act, 18 U.S.C. § 3142(f), the court concludes the defendant must be detained her scheduled plea hearing.

Specifically, the court finds the defendant violated the terms of her pretrial release, and no other conditions are known or proposed which would sufficiently ameliorate the risk that she will harm others or fail to attend court hearings.

Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

September 25, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge